# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**             **PLAINTIFF**

v.          Case No. 4:18-cr-00450 KGB

**JEREMY YOUNG HUTCHINSON**            **DEFENDANT**

## ORDER

Pending is defendant Jeremy Young Hutchinson's motion for continuance of his October 22, 2018, trial date (Dkt. No. 14). The motion recites that the government has no objection to the motion.

The Court has considered the motion and finds that the interest of justice served by granting the continuance outweighs the best interest of the public and the defendant for a speedy trial, and the issues are such that to deny the motion would deny counsel for the defendant the reasonable time necessary to prepare effectively for trial and to develop any and all proper defenses of which the defendant might avail himself.

It is therefore ordered that the motion for continuance be, and it is hereby, granted (Dkt. No. 14). This matter is rescheduled for jury trial to begin at *9:00 a.m. the week of July 8, 2019*. Counsel are to be present 30 minutes prior to trial and are directed to submit jury instructions electronically to the Court at kgbchambers@ared.uscourts.gov on or before *June 24, 2019*.

It is further ordered that the delay occasioned by this continuance shall be excludable under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as to the defendant.

Dated this 27th day of September 2018.

*Kristine G. Baker* (signature)
Kristine G. Baker
United States District Judge