IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) No. 4:18CR-00450 KGB |
| | ) |
| | ) 18 U.S.C..... § 1343 and 2 |
| | ) 26 U.S.C. § 7206 (I) and 18 U.S.C. § 2 |
| | ) |
| JEREMY YOUNG HUTCHINSON | ) |

**MOTION TO DISMISS OR, ALTERNATIVELY, TO SUPPRESS EVIDENCE**

Defendant, for his motion to dismiss or, alternatively, to suppress evidence, states:

1. The indictment in this case should be dismissed with prejudice because of governmental misconduct and violations of defendant's fundamental constitutional rights. Alternatively, evidence obtained as a result of an illegal search and seizure should be suppressed.

2. The basis for this motion is set forth in the brief in support of the motion which is incorporated by reference.

3. This motion is supported by Exhibits 1 to 14.  The exhibits are not being filed with the motion pending guidance from the Court regarding whether the exhibits should be filed under seal since they are the subject of a protective order.  Defendant is filing a separate motion seeking guidance from the Court on this issue.

Wherefore, defendant prays that his motion to dismiss or, alternatively, to suppress evidence be granted.

˘1˘

Respectfully submitted,

Marc Mukasey
Mukasey Law
875 Fifth Avenue #10D
New York, NY 10065
347-527-3940
Marc.mukasey@me.com
(Pro hac vice pending)

Nathan Muyskens
Greenberg Traurig, LLP
2101 L Street, NW, Suite 1000,
Washington, DC 20037
202.331.3164
muyskensn@gtlaw.com
(Pro hac vice pending)


/s/ Timothy O. Dudley
Bar Number 82055
114 South Pulaski
Little Rock, AR 72201
(501) 372-0080
E-mail: TODudley@swbell.net

BY:/s/ Timothy O. Dudley

## CERTIFICATE OF SERVICE

    I hereby certify that on February 7,   2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which shall send notification of such filing to the following:

Mr. Pat Harris
Ms. Stephanie Mazzanti
US Attorney's Office

Metropolitan National Bank Building
425 West Capitol, Suite 500
Little Rock, Arkansas 72201-3452

BY:/s/ Timothy O. Dudley